UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MIGUEL R.C.,

Petitioner,

v.

PAMELA BONDI, Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and ERIC TOLLEFSON, Sheriff of Kandiyohi County,

Respondents.

Case No. 26-CV-1964 (PJS/DTS)

ORDER

---

IT IS HEREBY ORDERED THAT:

1. Respondents' request to file a motion to reconsider [ECF No. 10] is GRANTED.

2. The Court's order requiring a bond hearing [ECF No. 8] is STAYED pending further order of the Court.

3. Respondents' motion and supporting brief are due March 30, 2026. Respondents' brief should address whether petitioner is entitled to relief under the Due Process Clause of the Fifth Amendment.

4. Petitioner's response is due April 3, 2026.

Dated: March 26, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court